No. 335. OLD GOLD CHEMICAL CO., INC. *v.* CHESE-BROUGH MANUFACTURING CO. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. L. E. Gwinn* for petitioner. *Messrs. Charles N. Burch, Hugh M. Morris,* and *Wm. Wallace White* for respondent.

No. 336. STANDARD OIL CO. (INDIANA) *v.* UNITED STATES. October 15, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Albert L. Hopkins, Harry B. Sutter, Louis L. Stephens,* and *Anderson A. Owen* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. H. Brian Holland* for the United States.

No. 337. UNITED STATES *v.* AMERICAN SAFETY RAZOR CORP. October 15, 1934. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. *Messrs. Charles D. Hamel* and *John Enrietto* for respondent.

No. 341. SAUNDERS, TRUSTEE IN BANKRUPTCY, *v.* GIVEN. October 15, 1934. Petition for writ of certiorari to the Court of Civil Appeals, 8th Supreme Judicial District, of Texas, denied. *Mr. U. S. Goen* for petitioner. *Messrs. Thornton Hardie* and *Ben R. Howell* for respondent.

No. 343. UNITED STATES *v.* YOUNGSTOWN SHEET & TUBE CO. October 15, 1934. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General*

600

*Biggs* for the United States.  *Mr. Charles F. Fawsett* for respondent.

No. 346.  HAY, EXECUTOR, *v.* IRVING TRUST CO., TRUSTEE IN BANKRUPTCY.  October 15, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Henry S. Miller* for petitioner.  *Mr. Wm. D. Whitney* for respondent.

No. 348.  HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WALLACE, EXECUTRIX.  October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Solicitor General Biggs* for petitioner.  *Mr. Cedric A. Major* for respondent.

No. 349.  JOSEPH JOSEPH & BROTHERS CO. *v.* UNITED STATES.  October 15, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. Preston B. Kavanaugh* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, Frank J. Ready, Jr.,* and *H. Brian Holland* for the United States.

No. 350.  SHAWKEE MANUFACTURING CO. ET AL. *v.* HARTFORD-EMPIRE CO.  October 15, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Messrs. Drury W. Cooper, Allan C. Bakewell,* and *William B. Jaspert* for petitioners. *Messrs. Clarence P. Byrnes, Vernon M. Dorsey, Thomas G. Haight, Wm. J. Belknap,* and *Robson D. Brown* for respondent.